UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Marie Salado, | No. 1:22-cv-01248-TLN-GSA |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Shannon Marie Salado ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security denying an application for Social Security Disability Insurance benefits ("SSDI") under Title II of the Social Security Act. On July 22, 2024, the magistrate judge issued findings and recommendations which advised the parties that any objections were due within fourteen days. Neither party has filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, it is ORDERED that:

1. The July 22, 2024 findings and recommendations (ECF No. 22) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 17) is GRANTED;
3. The Commissioner's cross-motion for summary judgment (ECF No. 19) is DENIED;
4. The matter is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order and with the findings and recommendations;
5. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Commissioner of Social Security.

Date: October 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE